# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A SILVER IN COLOR, NOKIA BRAND MODEL C110<br>(N156DL) CELL PHONE BEARING IMEI 350817214594890,<br>CURRENTLY LOCATED AT 321 EAST CHESTNUT<br>EXPRESSWAY, SPRINGFIELD, MISSOURI 65802 | )<br>)<br>) Case No. 24-SW-2144WJE<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Missouri__
*(identify the person or describe the property to be searched and give its location):*
A silver in color, Nokia brand model brand C110 (N156DL) cellular phone bearing IMEI 350817214594890, currently located at 321 East Chestnut Expressway, Springfield, Missouri 65802, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Instrumentalities, fruits, and evidence of crime(s), further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Willie J. Epps, Jr., Chief United States Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

☐ Warrant issued in person.
☑ Warrant issued by telephone or other reliable electronic means.

Date and time issued: __7/1/2024 4:30 pm__            *Judge's signature*

City and state: __Springfield, Missouri__            Willie J. Epps, Jr., Chief United States Magistrate Judge, Western District of Missouri
*Printed name and title*

# Return

| Case No.: 24-SW-2144WJE | Date and time warrant executed: 7/2/24 0950 hrs | Copy of warrant and inventory left with: Data from phone in custody |
|---|---|---|

Text Inventory made in the presence of:
Data from phone in custody

Inventory of the property taken and name of any person(s) seized:

Data from phone in custody

## Certification

[X] I declare under penalty of perjury that this inventory is correct and returned electronically along with the warrant to the designated judge pursuant to Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

[X] I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/24

*Executing officer's signature*

FBI TFO Lee Walker
*Printed name and title*

PRINT    SAVE AS    RESET